# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| CHESTLER, BRADLEY J | § § § | Case No. 16-13114 |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/18/2016. The undersigned trustee was appointed on 04/18/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 269,000.00 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 69,931.57 |
| Bank service fees | 4,503.34 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 179,565.09 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/06/2016 and the deadline for filing governmental claims was 10/06/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 15,950.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 15,950.00 , for a total compensation of $ 15,950.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 66.40 , for total expenses of $ 66.40 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/28/2019            By:/s/JOSEPH E. COHEN
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 16-13114 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CHESTLER, BRADLEY J | | | | Date Filed (f) or Converted (c): | 04/18/16 (f) |
| | | | | | 341(a) Meeting Date: | 06/09/16 |
| For Period Ending: | 01/16/19 | (3rd reporting period for this case) | | | Claims Bar Date: | 10/06/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 552 Brandywyn LaneBu | 240,000.00 | 0.00 | | 269,000.00 | FA |
| 2. 2007 BMW 530i mileage: 155,000 | 2,400.00 | 0.00 | | 0.00 | FA |
| 3. Household furniture all over 10 years old | 750.00 | 0.00 | | 0.00 | FA |
| 4. 3- 42 inch Televisions, flat screen ,each over 3 y | 450.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Art-Pictures and Prints | 450.00 | 0.00 | | 0.00 | FA |
| 6. Everyday clothing items in excess of 4 years old | 800.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 120.00 | 0.00 | | 0.00 | FA |
| 8. BMO Harris Bank Palatine, Illinois 60094 | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Securian Financial Services | 2,800.00 | 0.00 | | 0.00 | FA |
| 10. One third interest in inoperable aircraft-Fixed Wi | 29,700.00 | 0.00 | | 0.00 | FA |
| 11. LIFE INSURANCE (u) | 6,226.60 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $285,196.60 | $0.00 | | $269,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SUBMITTED HIS TFR TO US TRUSTEE FOR APPROVAL - 1/24/19. TRUSTEE FILING MOTION TO ABANDON INTEREST IN AIRPLANE - 10/31/18. tRUSTEE DTERMINING VALUE OF AIRPLANE - 4/30/18. TRUSTEE HAS SOLD THE DEBTORS RESUDENCE AND RECENTLY CONDUCTED A 2004 EXAM TO DETERMINE WHEREABOUTS OF AIRPLANE OWNED BY DEBTOR - 1/9/2018. TRUSTEE HAD TO FILE MOTION TO HOLD DEBTOR IN CONTEMPT TO GAIN ACCESS TO DEBTORS RESIDENCE. TRUSTEE ALSO THWARTED DEBTORS MOTION TO CONVERT TO CHAPTER 13 - 4/30/17. SCHEDULES WERE FILED 12/30/16; TRUSTEE HAS EMPLOYED A REAL ESTATE BROKER; HOUSE TO BE SOLD. AIRPLANE TO BE SOLD. APPEAL PENDING - 1/11/17. DEBTORS MOTION TO DISMISS HAS BEEN DENIED AND APPEALED BY THE DEBTOR. DEBTOR HAS FILED MOTION TO DISMISS WHICH IS BEING CONTESTED BY THE TRUSTEE. TRUSTEE HAS HIRED BROKER TO SELL HOUSE -

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 16-13114    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | CHESTLER, BRADLEY J | Date Filed (f) or Converted (c): 04/18/16 (f) |
| | | 341(a) Meeting Date: 06/09/16 |
| | | Claims Bar Date: 10/06/16 |

10/31/16.   DEBTOR DIDNT FILE SCHEDULES BUT TRUSTEE HAS DISCOVERED DEBTORS HOUSE IS FREE AND CLEAR OF LIENS - 07/30/16.

Initial Projected Date of Final Report (TFR): 01/13/18        Current Projected Date of Final Report (TFR): 02/28/19

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 16-13114 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CHESTLER, BRADLEY J | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0370  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3757 | | | |
| For Period Ending: | 01/16/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/16/17 | | CHICAGO TITLE & TRUST COMPANY<br>500 SKOKIE BLVD, STE 290<br>NORTHBROOK, IL  60062 | | | 206,578.90 | | 206,578.90 |
| | 1 | CHICAGO TITLE & TRUST COMPANY | Memo Amount:      269,000.00<br>SALE OF REAL ESTATE | 1110-000 | | | |
| | | LAKE COUNTY TREASURER | Memo Amount:    (    7,730.74 )<br>2016 real estate taxes | 2820-000 | | | |
| | | LAKE COUNTY TREASURER | Memo Amount:    (    3,836.22 )<br>2017 TAXES | 2820-000 | | | |
| | | | Memo Amount:    (       269.00 )<br>STATE TRANSFER TAX | 2820-000 | | | |
| | | | Memo Amount:    (       134.50 )<br>COUNTY TRANSFER TAX | 2820-000 | | | |
| | | LAKE COUNTY CLERK | Memo Amount:    (   15,275.68 )<br>2014 & 2015 REDEMPTION TAX | 2820-000 | | | |
| | | BUFFALO GROVE VILLAGE | Memo Amount:    (       807.00 )<br>VILLAGE TRANSFER STAMPS | 2820-000 | | | |
| | | VILLAGE OF BUFFALO GROVE | Memo Amount:    (       189.96 )<br>WATER BILL | 2500-000 | | | |
| | | BRADLEY CHESTLER | Memo Amount:    (   15,000.00 )<br>EXEMPTION | 8100-000 | | | |
| | | ANTON ADAMS | Memo Amount:    (       400.00 )<br>SURVEY | 2500-000 | | | |
| | | CHICAGO TITLE & TRUST | Memo Amount:    (    2,143.00 )<br>Title charges & prorations | 2500-000 | | | |
| | | COLDWELL BANKER | Memo Amount:    (   10,205.00 )<br>COMMISSION | 3510-000 | | | |
| | | BARR AGENCY REAL ESTATE | Memo Amount:    (    6,430.00 ) | 3510-000 | | | |

Page Subtotals        206,578.90              0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 16-13114 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | CHESTLER, BRADLEY J | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******0370  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3757 |  |  |
| For Period Ending: | 01/16/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  | COMMISSION |  |  |  |  |
| 07/10/17 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 148.57 | 206,430.33 |
| 08/07/17 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 306.88 | 206,123.45 |
| 08/28/17 | 300001 | RICHARD E. PATINKIN | Special Counsel for Trustee Fees | 3210-000 |  | 4,830.00 | 201,293.45 |
|  |  | 89 Lincolnwood Road |  |  |  |  |  |
|  |  | Highland Park, IL 60035 |  |  |  |  |  |
| 09/08/17 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 306.45 | 200,987.00 |
| 10/02/17 | 300002 | JOSEPH E. COHEN | Attorney fees | 3110-000 |  | 5,759.41 | 195,227.59 |
| 10/02/17 | 300003 | COHEN & KROL | Attorney fees | 3110-000 |  | 11,518.84 | 183,708.75 |
| 10/06/17 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 290.12 | 183,418.63 |
| 11/07/17 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 274.34 | 183,144.29 |
| 12/07/17 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 263.51 | 182,880.78 |
| 01/08/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 271.89 | 182,608.89 |
| 02/07/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 271.50 | 182,337.39 |
| 03/07/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 244.86 | 182,092.53 |
| 04/06/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 270.71 | 181,821.82 |
| 04/24/18 | 300004 | CAROL RABER & ASSOCIATES | Court reporter fees | 2990-000 |  | 291.90 | 181,529.92 |
|  |  |  | Court reporter fees |  |  |  |  |
| 05/07/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 261.52 | 181,268.40 |
| 06/06/18 | 300005 | International Sureties Ltd. | Bond premium | 2300-000 |  | 110.32 | 181,158.08 |
|  |  | 701 Poydras Street |  |  |  |  |  |
|  |  | Suite 420 |  |  |  |  |  |
|  |  | New Orleans, LA 70139 |  |  |  |  |  |
| 06/07/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 269.49 | 180,888.59 |
| 07/09/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 260.30 | 180,628.29 |
| 08/07/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 268.57 | 180,359.72 |
| 09/10/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 268.15 | 180,091.57 |
| 10/05/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 259.15 | 179,832.42 |
| 11/07/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 267.33 | 179,565.09 |

Page Subtotals      0.00      27,013.81

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 16-13114 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CHESTLER, BRADLEY J | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0370 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3757 | | | |
| For Period Ending: | 01/16/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/05/18 | | Transfer to Acct #*******0074 | Bank Funds Transfer | 9999-000 | | 179,565.09 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 269,000.00 | COLUMN TOTALS | 206,578.90 | 206,578.90 | 0.00 |
| Memo Allocation Disbursements: | 62,421.10 | Less: Bank Transfers/CD's | 0.00 | 179,565.09 | |
| | | Subtotal | 206,578.90 | 27,013.81 | |
| Memo Allocation Net: | 206,578.90 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 206,578.90 | 27,013.81 | |

Page Subtotals 0.00 179,565.09

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 16-13114 -ABG | |
| Case Name: | CHESTLER, BRADLEY J | |
| Taxpayer ID No: | *******3757 | |
| For Period Ending: | 01/16/19 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | AXOS BANK | |
| Account Number / CD #: | *******0074  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/18 | | Transfer from Acct #*******0370 | Bank Funds Transfer | 9999-000 | 179,565.09 | | 179,565.09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 179,565.09 | 0.00 | 179,565.09 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 179,565.09 | 0.00 | |
| | | | Subtotal | 0.00 | 0.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 269,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 62,421.10 | Checking Account (Non-Interest Earn - *******0370 | 206,578.90 | 27,013.81 | 0.00 |
| | | Checking Account - *******0074 | 0.00 | 0.00 | 179,565.09 |
| Total Memo Allocation Net: | 206,578.90 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 206,578.90 | 27,013.81 | 179,565.09 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    179,565.09    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 28, 2019 |
|---|---|---|---|---|---|---|

Case Number: 16-13114  
Debtor Name: CHESTLER, BRADLEY J

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Joseph E. Cohen, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $16,016.40 | $0.00 | $16,016.40 |
| 001<br>3110-00 | Cohen & Krol<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $26,203.37 | $17,278.25 | $8,925.12 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $110.32 | $110.32 | $0.00 |
| 000001<br>050<br>4220-00 | Sunshine Aircraft Repair, Inc,<br>10460 52nd Street<br>Kenosha, WI 53144 | Secured | | $0.00 | $0.00 | $0.00 |
| 000003A<br>040<br>5800-00 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $24,965.53 | $0.00 | $24,965.53 |
| 000002<br>070<br>7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $9,615.05 | $0.00 | $9,615.05 |
| 000003B<br>070<br>7100-00 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $197,733.50 | $0.00 | $197,733.50 |
| 000004<br>070<br>7100-00 | American Express Travel Related<br>Services Company<br>Inc<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $579.20 | $0.00 | $579.20 |
| 000005<br>070<br>7100-00 | Joel Chestler<br>681 Valley Road<br>Glencoe, IL 60022 | Unsecured | WITHDRAWN | $100,000.00 | $0.00 | $100,000.00 |
| 000006<br>070<br>7100-00 | Joel Chestler<br>681 Valley Road<br>Glencoe, IL 60022 | Unsecured | WITHDRAWN | $214,000.00 | $0.00 | $214,000.00 |
| 000007<br>070<br>7100-00 | Joel Chestler<br>681 Valley Road<br>Glencoe, IL 60022 | Unsecured | WITHDRAWN | $163,000.00 | $0.00 | $163,000.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 28, 2019 |

Case Number:   16-13114  
Debtor Name:   CHESTLER, BRADLEY J  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 080 7200-00 | The Northern Trust Company 50 S. LaSalle St. Chicago, IL 60603 | Unsecured | | $728,727.97 | $0.00 | $728,727.97 |
| 000009 080 7200-00 | Joel Chestler 681 Valley Road Glencoe, IL 60022 | Unsecured | | $100,000.00 | $0.00 | $100,000.00 |
| 000010 080 7200-00 | Joel Chestler 681 Valley Road Glencoe, IL 60022 | Unsecured | | $162,000.00 | $0.00 | $162,000.00 |
| 000011 080 7200-00 | Joel Chestler 681 Valley Road Glencoe, IL 60022 | Unsecured | | $214,000.00 | $0.00 | $214,000.00 |
| | Case Totals: | | | $1,956,951.34 | $17,388.57 | $1,939,562.77 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-13114
Case Name: CHESTLER, BRADLEY J
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 179,565.09

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Sunshine Aircraft Repair, Inc, 10460 52nd Street Kenosha, WI 53144 | $ 18,447.29 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 179,565.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 15,950.00 | $ 0.00 | $ 15,950.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 66.40 | $ 0.00 | $ 66.40 |
| Attorney for Trustee Fees: Cohen & Krol | $ 25,580.25 | $ 17,278.25 | $ 8,302.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 623.12 | $ 0.00 | $ 623.12 |
| Other: International Sureties Ltd. | $ 110.32 | $ 110.32 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 24,941.52

Remaining Balance $ 154,623.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 24,965.53  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | $ 24,965.53 | $ 0.00 | $ 24,965.53 |
| | Total to be paid to priority creditors | | | $ 24,965.53 |
| | Remaining Balance | | | $ 129,658.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 207,927.75  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  62.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 9,615.05 | $ 0.00 | $ 5,995.68 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | American Express Travel Related Services Company Inc c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | $ 579.20 | $ 0.00 | $ 361.17 |
| 000003B | IRS PO Box 7346 Philadelphia, PA 19101-7346 | $ 197,733.50 | $ 0.00 | $ 123,301.19 |
| | Total to be paid to timely general unsecured creditors | | $ | 129,658.04 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,204,727.97  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Joel Chestler 681 Valley Road Glencoe, IL 60022 | $ 100,000.00 | $ 0.00 | $ 0.00 |
| 000010 | Joel Chestler 681 Valley Road Glencoe, IL 60022 | $ 162,000.00 | $ 0.00 | $ 0.00 |
| 000011 | Joel Chestler 681 Valley Road Glencoe, IL 60022 | $ 214,000.00 | $ 0.00 | $ 0.00 |
| 000008 | The Northern Trust Company 50 S. LaSalle St. Chicago, IL 60603 | $ 728,727.97 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE