IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **BRADLEY J. CHESTLER,** | ) | No. 16-13114 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:     See Attached List

    I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on March 1, 2019 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                               BY:/s/ Joseph E. Cohen

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express Travel Related Services Com Inc
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Bradley J Chestler
1552 Brandywyn Lane
Buffalo Grove, IL 60089-1003

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Joel Chestler
681 Valley Road
Glencoe, IL 60022-1659

Sunshine Aircraft Repair, Inc,
10460 52nd Street
Kenosha, WI 53144-7407

The Northern Trust Company
50 S LaSalle St
Chicago, IL 60603-1003